# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00528-CR
## NO. 03-23-00529-CR

### The State of Texas, Appellant

### v.

### Truman McCollum, Appellee

### FROM THE COUNTY COURT AT LAW NO. 3 OF BELL COUNTY
### NOS. MR2C2101190 & MR2C2101191,
### THE HONORABLE REBECCA DEPEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

In the above appeals filed by the State of Texas, challenging the trial court's order granting appellee Truman McCollum's pretrial motion to suppress evidence, counsel for McCollum filed a suggestion of death, representing that counsel had been informed that McCollum had died during the pendency of these appeals and that counsel was in the process of obtaining a death certificate to provide verification of this to the Court. This Court abated the appeals so that counsel could obtain proof of McCollum's death. *See State v. McCollum*, Nos. 03-23-00528-CR & 03-23-00529-CR, 2023 WL 8852379, at *1 (Tex. App.—Austin Dec. 22, 2023) (per curiam) (order & mem. op.).

Counsel for McCollum has now filed a copy of McCollum's death certificate, confirming that McCollum has died. When "a defendant dies during the pendency of a State's appeal, all issues become moot" and the appeal should be dismissed. *State v. McCaffrey*,

76 S.W.3d 392, 392 (Tex. Crim. App. 2002). Accordingly, we reinstate and dismiss the appeals for want of jurisdiction.

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: May 23, 2024

Do Not Publish